| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668<br>Attorney General of California |
| 2 | ROHIT S. KODICAL, State Bar No. 215497<br>Supervising Deputy Attorney General |
| 3 | ROBERT MITCHELL, State Bar No. 059756<br>Deputy Attorney General |
| 4 | 1515 Clay Street, 20th Floor<br>P.O. Box 70550 |
| 5 | Oakland, CA  94612-0550<br>Telephone: (510) 879-0006 |
| 6 | E-mail:  Robert.Mitchell@doj.ca.gov |
| 7 | *Attorneys for Defendant*<br>*Department of Motor Vehicles* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHONNA COUNTER,**<br><br>                                    Plaintiff,<br><br>    v.<br><br>**DEPARTMENT OF MOTOR VEHICLES,**<br><br>                                    Defendant. | 2:24-cv-00147-DJC-JDP<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE OF DATE TO RESPOND TO COMPLAINT**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:          The Honorable Daniel J. Calabretta<br>Trial Date:<br>Action Filed:   January 12, 2024 |

   Defendant California Department of Motor Vehicles may have until March 28, 2024 to file its Response to Complaint herein.

Dated:  March 19, 2024              /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE

1