UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHONNA COUNTER,

          Plaintiff,

    v.

DEPARTMENT OF MOTOR VEHICLES, et. al.,

          Defendants.

No.  2:24-cv-00147 JDP

ORDER TO SHOW CAUSE

      On January 29, 2025, the parties participated in a settlement conference with the undersigned.  After discussions, the matter was partially settled and the parties were directed to file a notice of partial dismissal as to those claims within 60 (sixty) days.  That time has long passed and the parties have not filed the required paperwork.

      Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, the parties shall show cause for their failure to file the required paperwork as ordered.

Dated:  June 20, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD OSC147

1