**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Shonna Counter,**<br><br>　　Plaintiff,<br><br>v.<br><br><br>**Department of Motor Vehicles;** and Does 1-10<br><br><br><br>　　Defendant(s). | Case Number:　　2:24-cv-0147-JDP<br><br>**Order [proposed] for Partial Dismissal of a Claim Only with Prejudice**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

　　Having read the stipulation of the parties, filed as Docket Entry 31, and for good cause shown, the Court hereby GRANTS the request as follows: Plaintiff's claims for physical remediation at the subject property as set forth in paragraphs 20-33 of the Complaint, filed on January 11, 2024, at Docket Entry 1 are dismissed with prejudice.

1

IT IS SO ORDERED.

Dated: July 7, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE