ROB BONTA, State Bar No. 202668
Attorney General of California
ROHIT S. KODICAL, State Bar No. 215497
Supervising Deputy Attorney General
TRUMAN PHAN-QUANG, State Bar No. 251284
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1300
 Fax:  (510) 622-2270
 E-mail:  Truman.PhanQuang@doj.ca.gov
*Attorneys for Defendant*
*Department of Motor Vehicles*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHONNA COUNTER,**<br><br>                                          Plaintiff,<br><br>          **v.**<br><br>**DEPARTMENT OF MOTOR VEHICLES,**<br><br>                                          Defendant. | 2:24-cv-00147-JDP<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND FILING DATE FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER**<br><br>Dept:            9<br>Judge:          Hon. Jeremy D. Peterson<br>Trial Date:<br>Action Filed:  January 12, 2024 |

This stipulation is entered into by Plaintiff Shonna Counter and Defendant State of California Department of Motor Vehicles (the "Parties"), by and through their respective counsel based on the following facts:

1.       On September 2, 2025, this Court issued a scheduling order (Dkt. 38), which set a deadline of May 28, 2026, for hearings on dispositive motions. Based on this order, the parties must file dispositive motions no later than April 23, 2026.

2.       The Parties have been meeting and conferring on a set of undisputed facts to support their respective arguments on their motion(s) for summary judgment.

3.       The Parties now stipulate that they may file their dispositive motions no later than Thursday, April 30, 2026. The Parties request that this Court set the hearing on any dispositive

motion for Thursday, June 4, 2026, or a date thereafter that is convenient to the Court. The Parties are not requesting any other modifications to the scheduling order.

Dated: April 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ROHIT S. KODICAL
Supervising Deputy Attorney General

TRUMAN PHAN-QUANG
Deputy Attorney General
*Attorneys for Defendant
Department of Motor Vehicles*

Dated:  April 22, 2026

DENNIS PRICE
Seabock Price APC
*Attorneys for Plaintiff
Shonna Counter*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:     April 29, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2