ROB BONTA, State Bar No. 202668
Attorney General of California
ROHIT S. KODICAL, State Bar No. 215497
Supervising Deputy Attorney General
TRUMAN PHAN-QUANG, State Bar No. 251284
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1300
 Fax:  (510) 622-2270
 E-mail:  Truman.PhanQuang@doj.ca.gov
*Attorneys for Defendant*
*Department of Motor Vehicles*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHONNA COUNTER,** | 2:24-cv-00147-JDP |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER TO OPPOSITION FILING DATE FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER** |
| **v.** | |
| **DEPARTMENT OF MOTOR VEHICLES,** | |
| Defendant. | Dept:          9<br>Judge:        Hon. Jeremy D. Peterson<br>Trial Date:<br>Action Filed:  January 12, 2024 |

This stipulation is entered into by Plaintiff Shonna Counter and Defendant State of California Department of Motor Vehicles (the "Parties"), by and through their respective counsel based on the following facts:

1.      On September 2, 2025, this Court issued a scheduling order (Dkt. 38), which set a deadline of May 28, 2026, for hearings on dispositive motions. Based on this order, the parties must file dispositive motions no later than April 23, 2026.

2.      The Parties have been meeting and conferring on a set of undisputed facts to support their respective arguments on their motion(s) for summary judgment.

1

3.      The Parties stipulated that they may file their dispositive motions no later than Thursday, April 30, 2026. On April 29, 2026, the Court approved the stipulation and ordered that dispositive motions will be filed by April 30, 2026, and any hearings will be heard on June 4, 2026.

4.      On April 30, 2026, both Defendant and Plaintiff filed their motion(s) for summary judgment. Per Court rules, any opposition to the motion for summary judgment is due on May 14, 2026, and replies will be due on May 21, 2026.

5.      Due to defense counsel's personal and professional obligations, counsel requested that Plaintiff's counsel agree to a mutual extension of time to file opposition briefs. The Parties request that this Court extend the deadline to file oppositions to motions for summary judgment to May 28, 2026, and to continue the hearing date to June 18, 2026.  The Parties are not requesting to change the June 18, 2026, hearing date; nor are the parties requesting further modifications to the scheduling order.

Dated: May 13, 2026                                          Respectfully submitted,

                                                             ROB BONTA
                                                             Attorney General of California
                                                             ROHIT S. KODICAL
                                                             Supervising Deputy Attorney General


                                                             TRUMAN PHAN-QUANG
                                                             Deputy Attorney General
                                                             *Attorneys for Defendant*
                                                             *Department of Motor Vehicles*

2

Dated:  May 13, 2026

DENNIS PRICE
Seabock Price APC
*Attorneys for Plaintiff*
*Shonna Counter*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:     May 14, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3